DENNIS S. WAKS, Bar #142581
Acting Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARSEN TATEVOSYAN,

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Cr.S. 00-484-GEB |
|                             ) | |
|                  Plaintiff, ) | |
|                             ) | AMENDED ORDER TO RELEASE |
|       v.                    ) | PASSPORT |
|                             ) | |
| ARSEN TATEVOSYAN,,          ) | |
|                             ) | |
|                  Defendants.) | |
|                             ) | |
| _____ ) | |

    On or about November 17, 2000, Arsen Tatevosyan was released on bail. As a condition of his bail, the defendant was ordered to surrender his passport, receipt #202-4808, passport number #088063048. The defendant did so on November 17, 2000.

    On August 31, 2001 Mr. Tatevosyan was sentenced in the Eastern District of California, case number Cr.S. 00-484-GEB to 24 months imprisonment; Mr. Tatevosyan has completed his sentence.

    It is hereby requested that the court return his passport to his

/ / /

/ / /

place of residence at 1842 North Wilton Place, Apartment #3, Los Angeles, California 90028.

Dated: January 27, 2006            Respectfully submitted,

                                              DENNIS S. WAKS
                                              Acting Federal Defender

                                              /s/   Dennis S. Waks
                                              DENNIS S. WAKS
                                              Acting Federal Defender

## O R D E R

**IT IS SO ORDERED** that the clerk of the court for the Eastern District of California, return the passport of Arsen Tatevosyan, passport number 088063048, to the defendant at his place of residence at 1842 North Wilton Place, Apartment #3, Los Angeles, California 90028.

Dated:  February 1, 2006

                                              /s/ Garland E. Burrell, Jr.
                                              GARLAND E. BURRELL, JR.
                                              United States District Judge